

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-11-01106-CV

MICHAEL WEBB, Appellant

V.

AMERICAN EXPRESS CENTURION BANK, Appellee

Appeal from the County Civil Court at Law No. 4 of Harris County.   (Tr. Ct. No. 985259).

After inspecting the record of the court below, the Court holds that it lacks subject-matter jurisdiction over this appeal.   Accordingly, the Court **dismisses** the appeal.

The Court orders that the appellant, Michael Webb, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 7, 2015.

Panel consists of Justices Jennings, Higley, and Huddle.